U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
U.S.D.C. - Atlanta
FEB 26 2019
James N. Hatten, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

Lohrab "Jeff" Jafari

**Agent to Arrest**

Indictment/Information

1:19CR0078

UNDER SEAL

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

Jill E. Steinberg
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 _____.

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL
2/27/2019
BY: _____ DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94