# MAGISTRATE'S CRIMINAL MINUTES

### ARRAIGNMENT
### PLEA AND
### SENTENCE

| | | | | | | Time in Court: | | | Hrs | | 4 | Min |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Filed in Open Court: | | Date: | 3/06/2019 | Time: | 3:48 p.m. | | Tape: | FTR | | | | |

Magistrate (presiding): **JOHN K. LARKINS III**          Deputy Clerk: _____Cynthia Mercado_____

| Case Number: | 1:19-CR-078-UNA | Defendant's Name: | Lohrasb Jeff Jafari |
|---|---|---|---|
| AUSA: | Jill Steinberg | Defendant's Attorney: | Richard Holcomb (IA ONLY) |
| USPO/PTR: | Steven Witherspoon | Type Counsel: ( ) Retained   ( ) CJA   (x) FPD   ( ) Waived | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **ARREST DATE:** | | | | | |
| | **INTERPRETER:** | | | | | |
| X | INITIAL APPEARANCE HEARING.  ( ) In THIS DISTRICT | | | Dft in custody?   (X) Yes | | ( ) No |
| | Defendant advised of right to counsel.   ( ) WAIVER OF COUNSEL filed. | | | | | |
| X | ORDER appointing Federal Defender Program as counsel.   (X) INITIAL APPEARANCE ONLY. | | | | | |
| | ORDER appointing | | State Bar # | | as counsel. | |
| | ORDER giving defendant | | days to employ counsel (cc: served by Mag CRD) | | | |
| | Dft to pay attorney fees as follows: | | | | | |
| | INFORMATION/INDICTMENT filed. | | | WAIVER OF INDICTMENT filed. | | |
| X | Copy information/indictment given to dft? (X) Yes ( ) No - Read to dft? ( ) Yes ( ) No (X) Waived formal reading | | | | | |
| | CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed. | | | | | |
| X | ARRAIGNMENT HELD.  ( ) Superseding indictment | | | ( ) Dft's WAIVER of appearance filed. | | |
| | Arraignment continued to | | at | | Request of ( ) Govt ( ) Dft | |
| | Dft failed to appear for arraignment. | | Bench warrant issued | | | |
| X | Dft enters PLEA OF NOT GUILTY.  ( ) Dft stood mute; plea of NOT GUILTY entered. ( ) Waiver of appearance. | | | | | |
| | MOTION TO CHANGE PLEA, and order allowing same. | | | | | |
| X | ASSIGNED to District | Judge **Jones** | for (x) trial   ( ) arraignment/sentence. | | | |
| X | ASSIGNED to Magistrate | Judge **Walker** | for pretrial proceedings. | | | |
| X | Estimated trial time: | days. | ( ) SHORT   (X) MEDIUM   ( ) LONG | | | |
| | PRE-SENTENCE INVESTIGATION filed.   Referred to USPO for PSI and continued | | | | | |
| | until | | at | | for sentencing. | |
| | Government MOTION FOR DETENTION filed.   Hearing set for | | | | at | |
| | Temporary commitment issued.   Dft remanded to custody of US Marshals Service. | | | | | |

**BOND/PRETRIAL DETENTION HEARING**

| | | |
|---|---|---|
| X | DETENTION/BOND hearing held. | |
| | Government MOTION FOR DETENTION ( ) GRANTED     ( ) DENIED     ( ) WITHDRAWN | |
| | WRITTEN ORDER TO FOLLOW. | |
| | HEARING HELD on motion for reduction / modification of bond. | |
| | Defendant's Motion for Bond Reconsideration [Doc. 1869] is DENIED. | |
| | WRITTEN ORDER TO FOLLOW. | |
| X | BOND SET at | $ 100,000 | |
| X | Non-Surety | |
| | Surety   (   ) Cash   (   ) Property   (   ) Corporate surety ONLY | |
| | SPECIAL CONDITIONS: | |
| | | |
| | | |
| | | |
| X | Bond Executed.   Defendant Released. | |
| | Bond NOT EXECUTED.     Defendant to remain in Marshal's custody. | |


| WITNESSES: | |
|---|---|
| | |
| | |
| | |


| SENTENCE: | |
|---|---|
| | |
| | |
| | |

U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta

**MAR 06 2019**

JAMES N. HATTEN, Clerk
By: _CJM_
Deputy Clerk

## P L E A (With Counsel)

CRIMINAL NO. 1:19-CR-00078

I, Lohrasb "Jeff" Jafari, the defendant, having received a copy of the indictment, and having been arraigned, plead not guilty thereto.

In Open Court this 6th day of March, 2019.

_____ *for Stone Sadow*      _____
SIGNATURE (Defense Attorney)            SIGNATURE (Defendant)
                                        Lohrasb "Jeff" Jafari

### INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: _404 - 688 - 7530_          _9295 Old Southwick Pass_
Bar Number: _360333_               _Alpharetta, GA 30022_

                                   _____

                                   Phone: _____

Filed in Open Court by:

_____          _____
(Signature)                        Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12